**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-61053-CV-MIDDLEBROOKS/Augustin-Birch

DAYANA CAROLINA CAMEJO MONTILLA,

     Petitioner,

v.

FIELD OFFICE DIRECTOR,

     Respondents.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on Magistrate Judge Augustin-Birch's Report and Recommendations ("Report"), issued on May 5, 2026. (DE 7). The Report recommends granting in part Petitioner Andres Reynaldo Domingo Perez's petition for habeas corpus relief pursuant to 28 U.S.C. § 2241. (*Id.*). Respondent filed objections to the Report on May 11, 2026 (DE 10). Petitioner filed a Reply on May 12, 2026, and a Notice of supplemental Authority on the same date. (DE 11, DE 12).

I have conducted a *de novo* review of the Report, the briefing on objections, applicable law, and the record as a whole. Upon review, I agree with Magistrate Judge Augustin-Birch's conclusion that Ms. Montilla's petition should be granted. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Respondent's Objections to the Magistrate's Report (DE 10) are **OVERRULED**.

(2) Magistrate Judge Augustin-Birch's Report (DE 7) is hereby **ADOPTED**.

(3) Petitioner's Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 (DE 1) is **GRANTED**, as set forth in the Report. Accordingly, Respondent shall either afford

Petitioner an individualized bond hearing before an immigration judge with in 7 days or release her.

(4) The Clerk of Court shall **CLOSE THIS CASE** and deny any other pending motions **AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this ___ of May, 2026.

Donald M. Middlebrooks
United States District Judge

Copies to:  Magistrate Judge Augustin-Birch
Counsel of Record

2